Steven Jay Katzman (SBN 132755)
skatzman@bienertkatzman.com
Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT | KATZMAN PC**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Jason A. Levine (*Pro hac vice forthcoming*)
jlevine@hangley.com
Andrew E. Erdlen (*Pro hac vice forthcoming*)
aerdlen@hangley.com
**HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone (215) 568-6200
Facsimile (215) 568-0300

Attorneys for Plaintiff David Rovinsky LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>PETER MARCO, LLC, a California limited liability company, and PETER VOUTSAS, an individual,<br><br>    Defendants. | Case No. 2:20-cv-02580<br><br>**PLAINTIFF DAVID ROVINSKY LLC'S CORPORATE DISCLOSURE STATEMENT** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE HONORABLE COURT AND ALL INTERESTED PARTES:**

The undersigned counsel of record for Plaintiff David Rovinsky LLC ("DR LLC"), hereby submits this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

DR LLC is a limited liability company organized under the laws of Delaware.  DR LLC has no parent corporation, and no publicly held corporation owns more than 10% of DR LLC's stock.

Dated:  March 18, 2020

**BIENERT | KATZMAN PC**

By: /s/ Anthony R. Bisconti
    Steven Jay Katzman
    Anthony R. Bisconti

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
Jason A. Levine (*pro hac forthcoming*)
Andrew A. Erdlen (*pro hac forthcoming*)

Attorneys for Plaintiff David Rovinsky LLC

**CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **PLAINTIFF DAVID ROVINSKY LLC'S CORPORATE DISCLOSURE STATEMENT** on all interested parties as follows:

**[X]** **BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 18, 2020 at Los Angeles, California.



_____
Elizabeth Garcia