Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
   A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501          Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

Attorney for Defendants PETER MARCO LLC, a California limited liability company, PETER VOUTSAS, an individual

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>PETER MARCO LLC, a California limited liability company, PETER VOUTSAS, an individual<br><br>Defendants. | USDC # 2:20-cv-02580<br><br>**DEFENDANT PETER MARCO LLC, A CALIFORNIA LIMITED LIABILITY COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTES**:

The undersigned counsel of record for Defendant Peter Marco LLC ("Marco") hereby submits this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Marco is a limited liability company organized under the laws of Californina. Marco has no parent corporation, and no publicly held corporation owns more than 10% of Marco's stock.

DATED:       April 14, 2020           LAW OFFICE OF BARUCH C. COHEN
                                      A Professional Law Corporation

                                      By    /S/ *Baruch C. Cohen*
                                      Baruch C. Cohen, Esq.
                                      Attorney for Defendants PETER MARCO LLC, a California limited liability company, PETER VOUTSAS, an individual

4/14-8:50am

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 4929 Wilshire Boulevard, Suite 940 Los Angeles, California 90010; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **DEFENDANT PETER MARCO LLC, A CALIFORNIA LIMITED LIABILITY COMPANY'S CORPORATE DISCLOSURE STATEMENT** on all interested parties in this action by the method indicated below at the address stated below:

| | |
|---|---|
| Anthony R Bisconti, Esq.<br>Bienert Katzman PC<br>601 West 5th Street Suite 720<br>Los Angeles, CA 90071<br>Email: tbisconti@bienertkatzman.com<br>*Attorney for Plaintiff David Rovinsky LLC* | Steven Jay Katzman, Esq.<br>Bienert Katzman PC<br>601 West 5th Street Suite 720<br>Los Angeles, CA 90071<br>Email: skatzman@bienertkatzman.com<br>*Attorney for Plaintiff David Rovinsky LLC* |
| Jason A. Levine, Esq.<br>Hangley Aronchick Segal<br>Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Email: jlevine@hangley.com<br>*Attorney for Plaintiff David Rovinsky LLC* | Andrew E. Erdlen, Esq.<br>Hangley Aronchick Segal<br>Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Email: aerdlen@hangley.com<br>*Attorney for Plaintiff David Rovinsky LLC* |

**[X]** **BY ELECTRONIC TRANSMISSION**: by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case. A pdf version of this document was also transmitted to counsel via electronic mail at the mail address indicated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2020 at Los Angeles, California.

By: /s/ Baruch C. Cohen  *Baruch C. Cohen*
Baruch C. Cohen

4/14-8:50am

-2-