Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT | KATZMAN PC**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Jason A. Levine (*Pro hac vice*)
jlevine@hangley.com
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone (215) 568-6200
Facsimile (215) 568-0300

Attorneys for Plaintiff David Rovinsky LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>PETER MARCO, LLC, a California limited liability company, and PETER VOUTSAS, an individual,<br><br>    Defendants. | Case No.: 2:20-cv-02580-ODW-AS<br><br>**PROOF OF SERVICE OF SCHEDULING CONFERENCE ORDER [DKT. NO. 25]** |

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Philadelphia County, Pennsylvania; that my business address is One Logan Square, 27th Floor, Philadelphia, PA 19103; that I am over the age of 18 and not a party to the above-entitled action.

I am a Pro Hac Vice attorney of the United States District Court for the Central District of California, and on April 16, 2020 I caused service of the foregoing document entitled **SCHEDULING CONFERENCE ORDER [DKT. NO. 25]** on all interested parties in this action by the method indicated below at the address stated below:

*Served via Email and through ECF*
Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Email: baruchcohen@baruchcohenesq.com

*Served via Email and Mail*
Jona and Rachel Rechnitz
c/o Marc S. Williams, Esq.
Cohen & Williams, LLP
724 South Spring Street, 9th Floor
Los Angeles 90014
Email: mwilliams@cohen-williams.com

*Served via Mail Only*
Levin Prado
9454 Wilshire Boulevard, Penthouse 1
Beverly Hills, CA 90212

[X] **BY EMAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address jal@hangley.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY MAIL**: I deposited such envelope in the mail at Philadelphia, Pennsylvania. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Philadelphia, Pennsylvania in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 16, 2020 at Philadelphia, Pennsylvania.

/s/ Jason A. Levine
Jason A. Levine