| | |
|---|---|
| 1 | Baruch C. Cohen, Esq. (SBN 159455) |
| 2 | **LAW OFFICE OF BARUCH C. COHEN**<br>     A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940 |
| 3 | Los Angeles, California 90010<br>(323) 937-4501     Fax (888) 316-6107 |
| 4 | e-mail: baruchcohen@baruchcohenesq.com |
| 5 | Attorney for Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka |
| 6 | PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba<br>PETER MARCO LLC |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company, | USDC # 2:20-cv-02580-ODW-AS |
| Plaintiff, | |
| PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC, | **NOTICE OF ERRATA AS TO PAGES 26 AND 27 OF THE THIRD-PARTY COMPLAINT FILED APRIL 17, 2020 [DOCKET #27]** |
| Defendants/Third-Party Plaintiffs, | |
| vs. | |
| JONA S. RECHNITZ, an individual; RACHEL RECHNITZ, an individual; LEVIN PRADO aka LEVON PRADO, an individual, | |
| Third-Party Defendants. | |

Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC. ("Marco") by and through his counsel of record, Baruch C. Cohen, Esq., of the Law Office of Baruch C. Cohen, APLC, hereby notifies the Court of errata regarding pages 26 and 27 of the THIRD-PARTY COMPLAINT FOR: 1.

4/20-11:36am

| | |
|---|---|
| 1 | INTENTIONAL MISREPRESENTATION & FRAUD; 2. CIVIL THEFT (PENAL |
| 2 | CODE § 496); 3. EMBEZZLEMENT; 4. CIVIL CONSPIRACY TO COMMIT |
| 3 | THEFT, FRAUD, AND FRAUD BY CONCEALMENT; 5. CONVERSION; 6. |
| 4 | BREACH OF CONTRACT; 7. BREACH OF THE IMPLIED COVENANT OF |
| 5 | GOOD FAITH AND FAIR DEALING; 8. ACCOUNT STATED; & 9. |
| 6 | UNETHICAL BUSINESS PRACTICES IN VIOLATION OF CALIFORNIA |
| 7 | BUSINESS & PROFESSIONS CODE § 17200 ("Third-Party Complaint") filed |
| 8 | April 17, 2020 at Docket #27. The images on pages 26 and 27 [Page ID#s 229 & |
| 9 | 230] overlap the text. Reformatted copies of pages 26 and 27 are attached to this |
| 10 | Notice of Errata. |

DATED: April 20, 2020

LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By   /S/ Baruch C. Cohen
Baruch C. Cohen, Esq.
Attorney for Third Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC

82. After Jona finished threatening Marco, Cohen and Anter, Jona texted Marco at 10:55pm a veiled confirmation of the conversation:



1  83.  As to Jona's threats to report Cohen to the State Bar, Jona merely introduced
2       Cohen to Peter Marco and nothing more. Jona was never Cohen's client, and
3       Cohen was never Jona's lawyer, as evidenced by Jona's texts to Cohen.





# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles CA 90010; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **NOTICE OF ERRATA AS TO PAGES 26 AND 27 OF THE THIRD-PARTY COMPLAINT FILED APRIL 17, 2020 [DOCKET #27]** on all interested parties in this action by the method indicated below at the address stated below:

| | |
|---|---|
| Anthony R Bisconti, Esq.<br>Bienert Katzman PC<br>601 West 5th Street Suite 720<br>Los Angeles, CA 90071<br>Email: tbisconti@bienertkatzman.com<br>*Attorney for Plaintiff David Rovinsky LLC* | Steven Jay Katzman, Esq.<br>Bienert Katzman PC<br>601 West 5th Street Suite 720<br>Los Angeles, CA 90071<br>Email: skatzman@bienertkatzman.com<br>*Attorney for Plaintiff David Rovinsky LLC* |
| Jason A. Levine, Esq.<br>Hangley Aronchick Segal<br>Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Email: jlevine@hangley.com<br>*Attorney for Plaintiff David Rovinsky LLC* | Andrew E. Erdlen, Esq.<br>Hangley Aronchick Segal<br>Pudlin & Schiller<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Email: aerdlen@hangley.com<br>*Attorney for Plaintiff David Rovinsky LLC* |
| Marc S. Williams, Esq.<br>Cohen Williams, LLP<br>724 South Spring Street, 9th Floor<br>Los Angeles, CA 90014<br>Email: mwilliams@cohen-williams.com<br>*Attorney for Jona & Rachel Rechnitz* | |

**[X]  BY ELECTRONIC TRANSMISSION**: by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case. A pdf version of this document was also transmitted to counsel via electronic mail at the email address indicated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2020 at Los Angeles, California.

By: /s/ Baruch C. Cohen
      Baruch C. Cohen