Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN, PLLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501 baruchcohen@baruchcohenesq.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>JONA S. RECHNITZ, an individual; RACHEL RECHNITZ, an individual; LEVIN PRADO aka LEVON PRADO, an individual,<br><br>    Third-Party Defendants | CASE NUMBER:<br><br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document is being manually filed:

Proposed Order Denying Third-Party Defendants' Motion for Stay of Proceedings

A copy of the Proposed Order has also been submitted via the ECF Proposed Orders to Chambers portal.

5/20/2020
_____
Date

Baruch C. Cohen, Esq.
_____
Attorney Name

Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF  BEVERLY HILLS, dba PETER MARCO LLC
_____
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br><br>   Plaintiff,<br><br>PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC,<br><br>   Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>JONA S. RECHNITZ, an individual; RACHEL RECHNITZ, an individual; LEVIN PRADO aka LEVON PRADO, an individual,<br><br>   Third-Party Defendants. | USDC # 2:20-cv-02580-ODW-AS<br><br>Before the Hon. Otis D. Wright II<br><br><br><br><br><br>**ORDER DENYING THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS**<br><br><br>Date: 6-15-2020<br>Time: 1:30 p.m.<br>Courtroom: 5D |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY **ORDERED** that:

Third-Party Defendants' *Motion for Stay of Proceedings* is hereby **DENIED**.

///

1 | All proceedings, including discovery, in this action are not stayed as to Third-
2 | Party Defendants Jona S. Rechnitz and Rachel Rechnitz.
3 | IT IS SO **ORDERED**.

Dated: _____   By: _____
HONORABLE OTIS D. WRIGHT II
United States District Judge

*Presented by*:

/S/ *Baruch C. Cohen*
Baruch C. Cohen, Esq.
*Attorney for Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC*

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 4929 Wilshire Boulevard, Suite 940 Los Angeles, California 90010; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **[PROPOSED] ORDER DENYING THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS** on all interested parties in this action by the method indicated below at the address stated below:

Marc S. Williams, Esq.
Cohen Williams, LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Email: mwilliams@cohen-williams.com
*Attorney for Third-Party Defendant Jona S. Rechnitz*

[X]   **BY ELECTRONIC TRANSMISSION**: by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case. A pdf version of this document was also transmitted to counsel via electronic mail at the mail address indicated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 20, 2020 at Los Angeles, California.

By: /s/ *Baruch C. Cohen*
Baruch C. Cohen