Anthony R. Bisconti (SBN 269230)
tbisconti@bienertkatzman.com
**BIENERT | KATZMAN PC**
601 W. 5th Street, Ste. 720
Los Angeles, CA 90071
Telephone (213) 528-3400
Facsimile (949) 369-3701

Jason A. Levine (Admitted *pro hac vice*)
jlevine@hangley.com
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone (215) 568-6200
Facsimile (215) 568-0300

Attorneys for Plaintiff David Rovinsky LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>PETER MARCO, LLC, a California limited liability company, and PETER VOUTSAS, an individual,<br><br>    Defendants. | Case No.: 2:20-cv-02580<br><br>**PLAINTIFF DAVID ROVINSKY LLC'S RESPONSE TO THIRD-PARTY DEFENDANTS JONA S. RECHNITZ AND RACHEL RECHNITZ'S NOTICE OF MOTION AND MOTION FOR STAY OF PROCEEDINGS**<br><br>Hearing Information<br>Date:         June 15, 2020<br>Time:         1:30 p.m.<br>Location:    5D |

Plaintiff David Rovinsky LLC ("Rovinsky") files this brief response to the Notice of Motion and Motion for Stay of Proceedings (the "Motion") filed by Third-Party Defendants Jona S. Rechnitz and Rachel Rechnitz. *See* Dkt. No. 47. Rovinsky opposes a stay of this case for the reasons stated in Defendants and Third-Party Plaintiffs Peter Marco, LLC and Peter Voutsas' (collectively, "Marco's") opposition to the Motion. *See* Dkt. No. 48.

But regardless of whether the stay is granted as to the claims against the Third-Party Defendants, Rovinsky's claims against Marco should proceed for three reasons. *First*, the Motion seeks a stay of only the claims asserted against the Third-Party Defendants; it does not seek a stay of the claims Rovinsky has asserted against Marco. Specifically, the Motion states: "To be clear, by this motion, Rechnitz Defendants do not seek an order staying prosecution of the claims asserted in this action by Plaintiff David Rovinsky LLC against Peter Marco." Motion at 1. *Second*, Rovinsky's claims against Marco are wholly separate from, and not dependent on, Marco's claims against the Third-Party Defendants. *Third*, Marco's opposition to the Motion does not request that Rovinsky's claims be stayed if the Motion is granted, nor does it claim any prejudice if such claims proceed.

For these reasons, regardless of whether the Court grants the Motion as to the claims by Marco against the Third-Party Defendants, Rovinsky's claims against Marco should proceed.

Dated: May 22, 2020

**BIENERT | KATZMAN PC**
By: /s/ Anthony R. Bisconti
   Anthony R. Bisconti

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Jason A. Levine (Admitted *pro hac vice*)

Attorneys for Plaintiff David Rovinsky LLC

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 601 W. 5th Street, Ste. 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **PLAINTIFF DAVID ROVINSKY LLC'S RESPONSE TO THIRD-PARTY DEFENDANTS JONA S. RECHNITZ AND RACHEL RECHNITZ'S NOTICE OF MOTION AND MOTION FOR STAY OF PROCEEDINGS** on all interested parties as follows:

**BY ELECTRONIC TRANSMISSION** – I caused to be transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

- **Anthony R Bisconti**
  tbisconti@bienertkatzman.com
- **Baruch C Cohen**
  baruchcohen@baruchcohenesq.com,bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- **Reuven L Cohen**
  rcohen@cohen-williams.com
- **Brittany L Lane**
  blane@cohen-williams.com
- **Jason A Levine**
  jlevine@hangley.com
- **Youngbin Son**
  yson@cohen-williams.com
- **Marc S Williams**
  mwilliams@cohen-williams.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 22, 2020 at Los Angeles, California.

/s/ Elizabeth Garcia
Elizabeth Garcia