Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
  A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501     Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

Attorney for Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC,<br><br>  Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>JONA S. RECHNITZ, an individual; RACHEL RECHNITZ, an individual; LEVIN PRADO aka LEVON PRADO, an individual,<br><br>  Third-Party Defendants. | USDC # 2:20-cv-02580-ODW-AS<br><br>Judge: Hon. Otis D. Wright II<br><br>**SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER PERMITTING SUBMISSION FOR *IN CAMERA* REVIEW RELATING TO THE ONGOING CRIMINAL INVESTIGATION**<br><br>Date: 6-15-2020<br>Time: 1:30 p.m.<br>Courtroom: 5D |

Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC ("Marco"), hereby submits a *Supplemental Declaration of Baruch C. Cohen Regarding Third-party Plaintiffs' Opposition to Third-party Defendants' ex Parte Application for an Order Permitting Submission for in Camera Review Relating to the Ongoing Criminal Investigation*.

**SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' EX PARTE APPLICATION**

6/3-5:19pm

1  DATED:      June 3, 2020           LAW OFFICE OF BARUCH C. COHEN
                                      A Professional Law Corporation
2
                                      By    /S/ Baruch C. Cohen
3                                             Baruch C. Cohen, Esq.
                                      Attorney for Defendants/Third-Party
4                                     Plaintiffs PETER VOUTSAS aka PETER
                                      MARCO aka PETER VOUTSAS, aka
5                                     PETER MARCO EXTRAORDINARY
                                      JEWELS OF BEVERLY HILLS, dba
6                                     PETER MARCO LLC

28  **SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' EX PARTE APPLICATION**

# SUPPLEMENTAL DECLARATION OF BARUCH COHEN

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of California; Eastern District of California; Northern District of California; and Southern District of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I proudly represent Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC.

5. This Supplemental Declaration is in support of **THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER PERMITTING SUBMISSION FOR *IN CAMERA* REVIEW RELATING TO THE ONGOING CRIMINAL INVESTIGATION.**

6. I wish to correct a statement made in Marco's *Opposition to Third-party Defendants' ex Parte Application for an Order Permitting Submission for in Camera Review Relating to the Ongoing Criminal Investigation.*

7. The Opposition states that Rechnitz's ex parte application and Motion was not presented with full candor to this Court, in that they did not disclose the fact

SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' EX PARTE APPLICATION

6/3-5:19pm                         -3-

that Jadelle filed a *Motion to Dismiss the Involuntary Bankruptcy*, that is scheduled to be heard on 6-9-2020 at 10:00am in Courtroom 1668 before United States Bankruptcy Judge Barry Russell. That statement was incorrect, and the Motion did indeed disclose it.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 3, 2020, at Los Angeles, California.

By /s/ Baruch C. Cohen
Baruch C. Cohen

**SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' EX PARTE APPLICATION**

6/3-5:19pm

-4-

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER PERMITTING SUBMISSION FOR *IN CAMERA* REVIEW RELATING TO THE ONGOING CRIMINAL INVESTIGATION** on all interested parties in this action by the method indicated below at the address stated below:

Marc S. Williams, Esq.
Cohen Williams, LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Email: mwilliams@cohen-williams.com
*Attorney for Third-Party Defendants Jona S. & Rachel Rechnitz*

**[X]  BY ELECTRONIC TRANSMISSION**: by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case. A pdf version of this document was also transmitted to counsel via electronic mail at the mail address indicated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2020 at Los Angeles, California.

By:  /s/  Baruch C. Cohen
Baruch C. Cohen

**SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' EX PARTE APPLICATION**

6/3-5:19pm

-5-