Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
 A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501     Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorney for Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF  BEVERLY HILLS, dba PETER MARCO LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company, | USDC # 2:20-cv-02580-ODW-AS |
| Plaintiff, | Hon. Otis D. Wright II |
| PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC, | **SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING  THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS** |
| Defendants/Third-Party Plaintiffs, | [*Concurrently filed with Request for Judicial Notice*] |
| vs. | |
| JONA S. RECHNITZ, an individual; RACHEL RECHNITZ, an individual; LEVIN PRADO aka LEVON PRADO, an individual, | Date: [Taken off Calendar] Time: Courtroom: 5D |
| Third-Party Defendants. | |

Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF  BEVERLY HILLS, dba PETER MARCO LLC ("Marco"), hereby submit a *Supplemental Declaration of Baruch C. Cohen Regarding  Third-party Plaintiffs' Third-party Defendants' Motion for Stay of Proceedings*.

1    On 6-2-2020, this Court vacated the 6-15-2020 hearing on Rechnitz's *Motion*

2    *to Stay*, and the matter is submitted.

3    On 6-9-2020, this Court denied Rechnitz's *ex Parte Application for an Order*

4    *Permitting Submission for in Camera Review, Declaration of Counsel Providing*

5    *Information to the Court Relating to the Ongoing Criminal Investigation ("*Ex

6    Parte*")*[Doc-57] *Regarding the Motion for Stay of Proceedings* ("Motion") finding

7    that the application does not warrant in camera review.

8    As to whether this court should stay this proceeding, Marco wishes to advise

9    and update this Court that on 6-10-2020, in the Jadelle involuntary bankruptcy

10    proceeding, Case # 2:20-bk-13530-BR United States Bankruptcy Judge Barry

11    Russell, issued an *Order Directing Rachel Rechnitz and Jona Rechnitz to File Joint*

12    *Declaration under Penalty of Perjury* [Doc-39] ordered the following:

13    1.   Rachel Rechnitz and Jona Rechnitz (collectively, the "Rechnitz's") must file a

14           file a joint declaration, sworn under penalty of perjury, which identifies each

15           and every one of the debtor's creditors as of the date of the filing of the

16           involuntary petition on April 6, 2020. The joint declaration shall include,

17           without limitation, the following information with respect to each creditor

18           identified therein:

19           a.   the name of the creditor;

20           b.   the nature of the debt owed to the creditor (e.g., consigned jewelry, rent

21               due and owing, etc.);

22           c.   the amount of the creditor's claim;

23           d.   whether the creditor's claim is disputed and, if so, the nature of the

24               dispute; and

25           e.   complete contact information for each creditor including, but not

26               limited to, the creditor's address, telephone number, cell phone number

27               (if known), fax number (if applicable), and email address (if known);

28

**SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS**

2.    The Rechnitz's shall have seven (7) days from the date of this hearing (i.e., no later than 3:00 p.m. on Tuesday, June 16, 2020) to file their joint declaration with the Court and serve the declaration on counsel for the petitioning creditors;

3.    If the Rechnitz's fail to file the joint declaration by that date and time, the Court will deny the debtor's Motion to Dismiss and immediately enter an order for relief in this case. The entry of such an order for relief will render both the pending Motion to Dismiss and Trustee Appointment Motion moot;

4.    If the Rechnitz's file the joint declaration by the required date and time, then:

    a.    The petitioning creditors shall have sixty (60) days from the date of this hearing (i.e., no later than 3:00 p.m. on August 14, 2020) to contact the creditors listed in the joint declaration to determine if any of them are willing to join in the involuntary petition;

    b.    The petitioning creditors shall have the same sixty (60) day period within which to conduct discovery of the creditors listed in the joint declaration, which discovery shall be limited solely to questions regarding the nature and amount of the creditor's claim and, if the creditor's claim is listed in the joint declaration as disputed, the nature of such dispute.[1]

The point being, is that by filing their Joint Declarations sworn under penalty of perjury regarding their defrauded creditors (like Marco), and their having to be deposed by Petitioning Creditors re same. Rechnitz will *de facto*, have to ***waive*** their

---

[1]A true and correct copy of United States Bankruptcy Court Judge Barry Russell's 6-10-2020 *Order: (1) Directing Rachel Rechnitz and Jona Rechnitz to File Joint Declaration under Penalty of Perjury; (2) Setting Date by Which Petitioning Creditors May Contact Creditors Identified in Joint Declaration and Conduct Certain Discovery; (3) Setting Date for Hearing on Status Conference; and (4) Setting Date for Filing of Joint Status Report Prior to Status Conference* [Doc-39] is attached hereto as Exhibit "1" and is incorporated herein by this reference.  See, Declaration of Baruch C. Cohen, and Request for Judicial Notice.

1  Fifth amendment rights against self-incrimination from criminal liability that they

2  fear in this Motion. If indeed, Rechnitz complies with Judge Russell's Order, this

3  Motion for Stay would be moot.

4

5  DATED:        June 11, 2020            LAW OFFICE OF BARUCH C. COHEN
                                          A Professional Law Corporation
6
                                          By _____/S/ Baruch C. Cohen_____
7                                              Baruch C. Cohen, Esq.
                                          *Attorney for Defendants/Third-Party*
8                                          *Plaintiffs PETER VOUTSAS aka PETER*
                                          *MARCO aka PETER VOUTSAS, aka PETER*
9                                          *MARCO EXTRAORDINARY JEWELS OF*
                                          *BEVERLY HILLS, dba PETER MARCO LLC*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6/11-2:58pm

## SUPPLEMENTAL DECLARATION OF BARUCH COHEN

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of California; Eastern District of California; Northern District of California; and Southern District of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I proudly represent Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC.

5. This Supplemental Declaration is in support of **THIRD-PARTY PLAINTIFFS' OPPOSITION TO THIRD-PARTY DEFENDANTS' THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS.**

6. A true and correct copy of United States Bankruptcy Court Judge Barry Russell's 6-10-2020 *Order: (1) Directing Rachel Rechnitz and Jona Rechnitz to File Joint Declaration under Penalty of Perjury; (2) Setting Date by Which Petitioning Creditors May Contact Creditors Identified in Joint Declaration and Conduct Certain Discovery; (3) Setting Date for Hearing on Status Conference; and (4) Setting Date for Filing of Joint Status Report Prior to*

1    *Status Conference* [Doc-39] is attached hereto as Exhibit "1" and is

2    incorporated herein by this reference.

3    I declare under penalty of perjury under the laws of the State of California that

4    the foregoing is true and correct.

5    Executed June 11, 2020, at Los Angeles, California.

6    

7    By /s/ *Baruch C. Cohen*
     Baruch C. Cohen

8    

9    

10   

11   

12   

13   

14   

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28   

6/11-2:58pm

1

2

3

4

FILED & ENTERED

JUN 10 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

5

6

7

8

9

10

11

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

12    In re:

13    Jadelle Jewelry and Diamonds LLC,

14

15

16

17                              Debtor(s).

18

19

20

21

22

23

24

25

26

27

28

Case No.: 2:20-bk-13530-BR

Chapter 7

**ORDER:**

**(1)  DIRECTING RACHEL RECHNITZ AND
JONA RECHNITZ TO FILE JOINT
DECLARATION UNDER PENALTY OF
PERJURY;**

**(2)  SETTING DATE BY WHICH
PETITIONING CREDITORS MAY CONTACT
CREDITORS IDENTIFIED IN JOINT
DECLARATION AND CONDUCT CERTAIN
DISCOVERY;**

**(3)  SETTING DATE FOR HEARING ON
STATUS CONFERENCE; AND**

**(4)  SETTING DATE FOR FILING OF JOINT
STATUS REPORT PRIOR TO STATUS
CONFERENCE**

Date:        June 9, 2020
Time:        10:00 a.m.
Courtroom: 1668

**Exhibit 1, Page 1 of 5**

| | |
|---|---|
| 1 | The Court held a hearing on June 9, 2020 on the following two motions: the |
| 2 | "Putative Debtor's Motion to Dismiss Involuntary Petition and Request for Attorney's |
| 3 | Fees, Costs and Damages" ("Motion to Dismiss"), filed by the debtor on May 1, 2020, |
| 4 | and the "Petitioning Creditors' Notice of Motion and Motion for Appointment of Interim |
| 5 | Chapter 7 Trustee" ("Trustee Appointment Motion") filed on May 19, 2020 by petitioning |
| 6 | creditors Victor Franco Noval, Peter Marco, LLC and First International Diamond, Inc. |
| 7 | |

The Court held a hearing on June 9, 2020 on the following two motions: the "Putative Debtor's Motion to Dismiss Involuntary Petition and Request for Attorney's Fees, Costs and Damages" ("Motion to Dismiss"), filed by the debtor on May 1, 2020, and the "Petitioning Creditors' Notice of Motion and Motion for Appointment of Interim Chapter 7 Trustee" ("Trustee Appointment Motion") filed on May 19, 2020 by petitioning creditors Victor Franco Noval, Peter Marco, LLC and First International Diamond, Inc.

Robert S. Marticello, Esq. of Smiley, Wang-Ekvall, LLP appeared on behalf of the debtor. Ronald Richards of the Law Firm of Ronald L. Richards & Associates, APC, Baruch C. Cohen, APLC and Daniel A. Lev, Esq. of SulmeyerKupetz, A Professional Corporation, appeared on behalf of the petitioning creditors.

With respect to the debtor's Motion to Dismiss, the Court considered the Motion, the petitioning creditors' Opposition to the Motion, the debtor's Reply to the petitioning creditors' Opposition, and all pleadings related to the Motion, Opposition and Reply.

With respect to the petitioning creditors' Trustee Appointment Motion, the Court considered the Motion and all related pleadings including the separately filed declarations of Ronald Richards, Oved Anter, Victor Franco Noval, and Peter Marco, the debtor's Opposition to the Motion, the petitioning creditors' Reply to the debtor's Opposition, and all other pleadings related to the Motion, Opposition and Reply.

The Court also considered the debtor's separately filed declarations of Levin Prado and Marc Williams in Opposition to the Trustee Appointment Motion, the debtor's evidentiary objections to the declarations of Oved Anter, Victor Franco Noval, Peter Marco and Ronald Richards, the petitioning creditors' evidentiary objections to the debtor's Request for Judicial Notice, and all other pleadings related to the Motion, Opposition and Reply.

**Exhibit 1, Page 2 of 5**

At the June 9 hearing, the Court ruled on the record on all of the evidentiary objections and heard argument and representations of counsel. After consideration of all of the above, the Court **HEREBY ORDERS AS FOLLOWS**:

1. Rachel Rechnitz and Jona Rechnitz (collectively, the "Rechnitz's") must file a joint declaration, sworn under penalty of perjury, which identifies each and every one of the debtor's creditors as of the date of the filing of the involuntary petition on April 6, 2020. The joint declaration shall include, without limitation, the following information with respect to each creditor identified therein:

    a. the name of the creditor;

    b. the nature of the debt owed to the creditor (*e.g.*, consigned jewelry, rent due and owing, etc.);

    c. the amount of the creditor's claim;

    d. whether the creditor's claim is disputed and, if so, the nature of the dispute; and

    e. complete contact information for each creditor including, but not limited to, the creditor's address, telephone number, cell phone number (if known), fax number (if applicable), and email address (if known);

2. The Rechnitz's shall have seven (7) days from the date of this hearing (*i.e.*, no later than 3:00 p.m. on Tuesday, June 16, 2020) to file their joint declaration with the Court and serve the declaration on counsel for the petitioning creditors;

3. If the Rechnitz's fail to file the joint declaration by that date and time, the Court will deny the debtor's Motion to Dismiss and immediately enter an order

**Exhibit 1, Page 3 of 5**

for relief in this case. The entry of such an order for relief will render both the pending Motion to Dismiss and Trustee Appointment Motion moot;

4. If the Rechnitz's file the joint declaration by the required date and time, then:

    a.  The petitioning creditors shall have sixty (60) days from the date of this hearing (*i.e.*, no later than 3:00 p.m. on August 14, 2020) to contact the creditors listed in the joint declaration to determine if any of them are willing to join in the involuntary petition;

    b. The petitioning creditors shall have the same sixty (60) day period within which to conduct discovery of the creditors listed in the joint declaration, which discovery shall be limited solely to questions regarding the nature and amount of the creditor's claim and, if the creditor's claim is listed in the joint declaration as disputed, the nature of such dispute;

    c. The Court shall hold a status conference on this involuntary case on August 25, 2020 at 10:00 a.m., and

    d. The parties shall file a joint status report seven (7) days prior to the status conference (*i.e.*, no later than 3:00 p.m. on August 18, 2020).

**IT IS SO ORDERED.**

###

Date: June 10, 2020

Barry Russell
United States Bankruptcy Judge

-4-

<b>Exhibit 1, Page 4 of 5</b>

**CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING  THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS** on all interested parties in this action by the method indicated below at the address stated below:

Marc S. Williams, Esq.
Cohen Williams, LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Email: mwilliams@cohen-williams.com
*Attorney for Third-Party Defendants Jona S. & Rachel Rechnitz*

**[X]**   **BY ELECTRONIC TRANSMISSION**: by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case. A pdf version of this document was also transmitted to counsel via electronic mail at the mail address indicated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2020 at Los Angeles, California.

By: /s/ *Baruch C. Cohen*
Baruch C. Cohen