Name and address:
Jason A. Levine (admitted Pro Hac Vice)
Andrew E. Erdlen (admitted Pro Hac Vice)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA  19103
Tel: (215) 568-6200/Fax: (215) 568-0300
jlevine@hangley.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company, <br><br> PLAINTIFF(S) <br><br> v. <br><br> PETER MARCO, LLC, a California limited liability company, and PETER VOUTSAS, an individual <br><br> DEFENDANT(S) | CASE NUMBER: <br> 2:20-cv-02580 ODW-AS <br><br><br> **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Jason A. Levine                                    CA Bar Number: PHV

Firm or agency:  HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Address: One Logan Square, 27th Floor, Philadelphia, PA 19103

Telephone Number:  215-568-6200                    Fax Number:  215-568-0300

E-mail: jlevine@hangley.com

Counsel of record for the following party or parties:  Plaintiff DAVID ROVINSKY LLC

Other members of the same firm or agency also seeking to withdraw:  Andrew E. Erdlen

American LegalNet, Inc.
www.FormsWorkFlow.com

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Stephen G. Larson     CA Bar Number: 145225

Firm or agency: LARSON O'BRIEN LLP

Address: 555 S. Flower Street, Suite 4400, Los Angeles, CA 90071

Telephone Number: 213-436-4888     Fax Number: 213-623-2000

E-mail: slarson@larsonllp.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: July 10, 2020     Signature: /s/ Jason A. Levine

Name: Jason A. Levine

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: July 9, 2020     Signature: /s/ Stephen G. Larson

Name: Stephen G. Larson

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 7/10/2020     Signature:

Name: David Ravisu

Title:

American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States and I am a resident and employed in Orange, California; that my business address is 601 W. 5TH Street, Suite 720, Los Angeles, California 90071; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** on all interested parties as follows:

**[X]    BY ELECTRONIC TRANSMISSION:** by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **July 10, 2020** at Pasadena, California.

_____
Elizabeth Garcia