# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>PETER MARCO, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20−cv−02580−ODW−AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 7/13/20 | 71 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Filer's request is regarding the AMENDED Third Party Complaint. Therefore please indicate on the Summons form "ON THE AMENDED THIRD PARTY COMPLAINT" to correspond to the pleading filed and to which the request for summons is linked.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: July 13, 2020     By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                            Deputy Clerk

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −