AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br>*Plaintiff*<br>v.<br>PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>JONA S. RECHNITZ, an individual; RACHEL RECHNITZ, an individual; LEVIN PRADO aka LEVON PRADO, an individual,<br>*Third-party defendant* | Civil Action No. 2:20-cv-02580-ODW-AS |

## SUMMONS ON THE AMENDED THIRD PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   LEVIN PRADO aka LEVON PRADO
1237 N Ogden Dr Apt 5
West Hollywood, CA 90046

A lawsuit has been filed against defendant  PETER VOUTSAS aka PETER MARCO, etc. , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  DAVID ROVINSKY LLC .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

   Baruch C. Cohen, Esq. (baruchcohen@baruchcohenesq.com)
   LAW OFFICE OF BARUCH C. COHEN,  A Professional Law Corporation
   4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Steven Jay Katzman (skatzman@bienertkatzman.com)<br>Anthony R. Bisconti (tbisconti@bienertkatzman.com)<br>BIENERT \| KATZMAN PC<br>601 W. 5th Street, Ste. 720, Los Angeles, CA 90071 | Jason A. Levine (jlevine@hangley.com)<br>Andrew E. Erdlen (aerdlen@hangley.com)<br>HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER<br>One Logan Square, 27th Floor, Philadelphia, PA 19103 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

                                                                                          *CLERK OF COURT*

                                                                           _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:20-cv-02580-ODW-AS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: