Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
   A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501    Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorney for Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC,<br><br>Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>JONA S. RECHNITZ, an individual; RACHEL RECHNITZ, an individual; LEVIN PRADO aka LEVON PRADO, an individual,<br><br>Third-Party Defendants. | USDC # 2:20-cv-02580-ODW-AS<br><br>Judge: Hon. Otis D. Wright II<br><br>**FOURTH SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS**<br><br>[Concurrently filed with Request for Judicial Notice]<br><br>Date: [Taken off Calendar]<br>Time:<br>Courtroom: 5D |

Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC ("Marco"), hereby submits this *Fourth Supplemental Declaration of Baruch C. Cohen Regarding Third-party Plaintiffs' Third-Party Defendants' Motion for Stay of Proceedings*.

8/28-11:31am

1 | DATED: August 28, 2020 | LAW OFFICE OF BARUCH C. COHEN
A Professional Law Corporation

By    */s/ Baruch C. Cohen*
       Baruch C. Cohen, Esq.
*Attorney for Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC*

8/28-11:31am

-2-

## SUPPLEMENTAL DECLARATION OF BARUCH COHEN

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of California; Eastern District of California; Northern District of California; and Southern District of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I proudly represent Defendants/Third-Party Plaintiffs PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC.

5. This Fourth Supplemental Declaration is in support of Marco's opposition to **THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS.**

6. On 8-27-2020, Rechnitz filed *Third-party Defendants Jona S. Rechnitz and Rachel Rechnitz's Request for Leave to File Request for Judicial Notice in Support of Motion for Stay of Proceedings* [Doc-92], attaching a *Motion for a Limited Stay of Discovery* in the matter, In Re Jadelle Jewelry and Diamonds, LLC, United States Bankruptcy Court, Central District of California, Case No. 2:20-bk-13530-BR (the "Government's Motion").

7. According to Rechnitz's *Request for Leave*, the Government's Motion, which

seeks a limited stay of discovery in the bankruptcy proceedings involving Jadelle Jewelry and Diamonds LLC ("Jadelle"), "directly supports the Rechnitz Defendants' request for a stay of the claims brought in this action by Defendants/Third-Party Plaintiffs Peter Voutsas aka Peter Marco aka Peter Marco Extraordinary Jewels of Beverly Hills, dba Peter Marco LLC ("Peter Marco") because it establishes, beyond question, that the Government has an ongoing criminal investigation relating to Jadelle, the Rechnitz Defendants' jewelry business, that is also the subject of the claims asserted against Rechnitz Defendants by Peter Marco."

8. Actually, Rechnitz's *Request for Leave* blurs two issues: (1) criminal investigation into Rechnitz's criminal behavior; & (2) criminal investigation into Jadelle's criminal behavior. The two are not the same. Rechnitz's motion for a stay in this case, was predicated on the notion that a criminal investigation was pending into his criminal affairs. However, a careful read of the Government's Motion reveals that a criminal investigation is pending into Jadelle (and not necessarily Rechnitz). Jadelle is not a defendant in this case.

9. Indeed, within minutes of the Government's Motion appearing on ECF Pacer (Thu, Aug 27, 2020 at 11:51 AM), the NY Daily News published a story (at AUG 27, 2020 AT 2:07 PM) entitled: "*Jona Rechnitz not a target of federal investigation in Los Angeles, but apparent victim of diamond heist: feds.*"[1] The article continues: "Prosecutors do not consider Rechnitz a target of the investigation, a separate letter viewed by the Daily News shows."

10. The serendipitous timing of the Government's Motion and the Daily News article suggests that Rechnitz fed the newspaper the news that he is not the target of federal investigation in Los Angeles.

---

[1] https://oww.nydailynews.com/new-york/ny-jona-rechnitz-diamond-heist-20200827-qihznrtrunholloxejwknoj27u-story.html

8/28-11:31am

-4-

1     I declare under penalty of perjury under the laws of the State of California that
2 the foregoing is true and correct.
3     Executed August 28, 2020, at Los Angeles, California.

                                                                         By   */s/ Baruch C. Cohen*
                                                                                      Baruch C. Cohen

SECTIONS

**LABOR DAY SALE**
Unlimited Access: 3 mths/$1

LOG IN

Kimberly Guilfoyle's relatives in Ireland watched 'that lunatic on the telly' — report  Mother, adult son charged with incest after his wife catches them having sex  Kenosha shooting v identified, re 'sweet,' 'lovir g...,

ADVERTISEMENT

NEW YORK

# Crooked Mayor de Blasio donor Jona Rechnitz sentenced to 10 months

By **STEPHEN REX BROWN**
NEW YORK DAILY NEWS   |   DEC 19, 2019

  

FEEDBACK

TRUSTED NEWS

**LABOR DAY SALE**
Try 3 months for only $1

SAVE NOW



Jonah Rechnitz leaves Manhattan federal court Thursday, Dec. 19, 2019 in Manhattan, New York. (Barry Williams/for New York Daily News)

Jona Rechnitz, a wannabe big shot whose corruption schemes imperiled Mayor de Blasio's administration, was sentenced to only 10 months Thursday thanks to his cooperation with federal prosecutors.

Rechnitz, who pleaded guilty to conspiracy to commit honest services fraud and turned state's evidence in 2016, shook his head in disbelief and put his head on the table when sentence was imposed. He'll serve half of his sentence in home confinement. He also must pay $10 million back to the Correction Officers' Benevolent Association, which was a victim of his bribery.

Ads by Teads

**TRUSTED NEWS**

**LABOR DAY SALE**
Try 3 months for only $1

SAVE NOW

ADVERTISEMENT

SAVE NOW

"He cheapens people. He works on their insecurities. He works on their desires for material possessions. He diminishes people," Judge Alvin Hellerstein said of the notoriously crooked businessman.

Rechnitz's belief he could bribe his way into the highest levels of local government resulted in the conviction of one of the city's most powerful labor leaders, jails union boss Norman Seabrook. Rechnitz also took the stand against his former friend and fellow cop-briber, Jeremy Reichberg, creating upheaval in the upper ranks of the NYPD.

Rechnitz further testified he bought special access to City Hall by donating $100,000 to

TRUSTED NEWS

LABOR DAY SALE
Try 3 months for only $1

SAVE NOW

in large part due to a Supreme Court ruling that redefined the legal elements of corruption.

Video shows crooked Mayor de Blasio donor Jona Rechnitz at a party with Kim Kardashian. Rechnitz, who has claimed he's a social pariah, said he was merely at the party promoting his new business selling jewelry to celebrities.

  

Assistant U.S. Attorney Martin Bell said Rechnitz's cooperation had been vital to the probe, which uncovered information that received a "public and I would say healthy airing." The crooked businessman provided "historic" and "extraordinary" cooperation, the prosecutor said.

Ads by Teads

**TRUSTED NEWS**

**LABOR DAY SALE**
Try 3 months for only $1

SAVE NOW

SAVE NOW

Rechnitz paid a $60,000 bribe to Seabrook in exchange for a $20 million union investment into a doomed hedge fund, Platinum Partners. The founder of that fund, Murray Huberfeld, was sentenced to 2 1/2 years and ordered to pay the union $7 million.

All told, Rechnitz testified in three trials, met with prosecutors more than 80 times and had a role in the convictions of 15 people.

[More New York] Jona Rechnitz not a target of federal investigation in Los Angeles, but apparent victim of diamond heist: feds »

Prior to learning his fate, Rechnitz begged for mercy.

He said he'd first erred in his twenties when he was consumed with a desire to make a name for himself in the real estate industry.

### Breaking News Newsletter
As it happens

Get updates on the coronavirus pandemic and other news as it happens with our free breaking news email alerts.

ENTER YOUR EMAIL ADDRESS

"My ego was big and I so badly wanted to impress these people," he said.

**MOST READ**

Kimberly Guilfoyle's relatives in Ireland watched 'that lunatic on the telly' — report

TRUSTED NEWS

LABOR DAY SALE
Try 3 months for only $1

SAVE NOW

SAVE NOW

**Kenosha shooting victims identified, remembered as 'sweet,' 'loving' guys**

"I've been a real fraud to God."

He sought to explain a video that showed him and Kim Kardashian at a party in Los Angeles. Rechnitz, who has claimed he's a social pariah, said the video simply showed him pursuing his new business of selling jewelry to celebrities.

"I'm persona non grata in New York City," he said.

Attorney John Meringolo who is representing Reichberg and previously represented an NYPD Deputy Inspector acquitted of accepting bribes, said the government wouldn't have had any evidence against Rechnitz if he hadn't spilled his guts.

[More New York] 'Work with us': NYC restaurant, bar owners urge reopening of indoor dining »

"He should have kept his mouth shut and he wouldn't have done a day in prison," Meringolo said.

Topics:  Jona Rechnitz, Mayor de Blasio

---

### Stephen Rex Brown  
New York Daily News

Stephen Rex Brown covers New York courts and criminal justice issues, with a focus on

TRUSTED NEWS    **LABOR DAY SALE**
                Try 3 months for only $1

SAVE NOW

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Los Angeles, California; that my business address is 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court for the Central District of California, and at whose direction I caused service of the foregoing document entitled **FOURTH SUPPLEMENTAL DECLARATION OF BARUCH C. COHEN REGARDING THIRD-PARTY DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS** on all interested parties in this action by the method indicated below at the address stated below:

Marc S. Williams, Esq.
Cohen Williams, LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Email: mwilliams@cohen-williams.com
*Attorney for Third-Party Defendants Jona S. & Rachel Rechnitz*

Benjamin Kiss, Esq.
Fischer, Zisblatt & Kiss
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Email: kisslaw@aol.com
*Attorney for Third-Party Defendant Levin Prado aka Levon Prado*

Stephen G. Larson, Esq.
Hilary Potashner, Esq.
Jen C. Won, Esq.
LARSON O'BRIEN LLP
555 Flower St #4400
Los Angeles, CA 90071
Email: slarson@larsonllp.com
Email: hpotashner@larsonllp.com
Email: jwon@larsonllp.com
*Attorneys for Plaintiff, David Rovinsky LLC*

**[X]    BY ELECTRONIC TRANSMISSION**: by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies all parties in this case. A pdf version of this document was also transmitted to counsel via electronic mail at the mail address indicated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 28, 2020 at Los Angeles, California.

By: */s/ Baruch C. Cohen*
     Baruch C. Cohen

8/28-11:31am

-6-