UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-02580-ODW (ASx) | Date | August 28, 2020 |
|---|---|---|---|
| Title | *David Rovinsky, LLC v. Peter Voutsas et al* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On August 26, 2020, Third-Party Defendant Levin Prado and Third-Party Plaintiff Peter Voutsas stipulated to set aside the Clerk's entry of Default as to Third-Party Defendant Levin Prado. (ECF No. 91.) The Court has received no opposition from any other party. Therefore, having reviewed and considered the parties' Joint Stipulation, and for good cause appearing, hereby **ORDERS** that the Default entered by the Clerk of the Court on August 17, 2020, against Third-Party Defendant Levin Prado (ECF No. 88) is **HEREBY SET ASIDE**. The Court **ORDERS**, based on the parties' stipulation, that Third-Party Defendant Levin Prado shall file a response to the Third-Party Complaint **within twenty (20) days** of the date of this Order.

**IT IS SO ORDERED.**

: 00

Initials of Preparer    SE