Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
R.C. Harlan (SBN 234279)
rharlan@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Plaintiff
DAVID ROVINSKY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID ROVINSKY LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PETER VOUTSAS aka PETER MARCO aka PETER VOUTSAS, aka PETER MARCO EXTRAORDINARY JEWELS OF BEVERLY HILLS, dba PETER MARCO LLC,<br><br>Defendants.<br><br>JONA S. RECHNITZ, an individual; RACHEL RECHNITZ, an individual; LEVIN PRADO aka LEVON PRADO,<br><br>Third Party Defendants. | Case No. 2:20-CV-02580-ODW-AS<br><br>**PLAINTIFF DAVID ROVINSKY LLC'S NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Judge:   Otis D. Wright II<br><br>Complaint filed: 3/18/20 |

**TO THE HONORABLE OTIS D. WRIGHT II AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff David Rovinsky LLC ("Plaintiff") hereby informs the Court that Plaintiff and Defendant Peter Voutsas aka Peter Marco aka Peter Voutsas, aka Peter Marco Extraordinary Jewels of Beverly Hills, dba Peter Marco LLC have fully settled the present action. The settlement will include a dismissal of the entire action with prejudice. The parties anticipate that they will file a stipulation to effect the above dismissal in the near future.

Dated: July 29, 2021					LARSON LLP


						By: /s/ Stephen G. Larson
						    Stephen G. Larson
						    Hilary Potashner
						    R.C. Harlan
						Attorneys for Plaintiff
						DAVID ROVINSKY LLC