JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DAVID ROVINSKY LLC, | Case № 2:20-cv-02580-ODW (ASx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| PETER MARCO, LLC, et al., | |
| Defendants, | |

The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 30, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**